```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  CYNTHIA STIER (DCBN 423256)
    Assistant United States Attorneys
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
 6     Telephone: (415) 436-7534
       FAX: (415) 436-7234
 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-06-00269-VRW-ALL |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
| v. | ) | [PROPOSED] ORDER REGARDING EXCLUSION OF TIME |
| KENNETH GRIMES, BRENDA ALLEN, | ) | |
| Defendants. | ) | |

The defendants came before the Court for an initial appearance/ status appearance on June 6, 2006. The matter was set over until June 20, 2006 at 10:30 a.m. before the Court for a status hearing. The parties agreed, and the Court found, that the time between June 6, 2006 through June 20, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The defendants represented that this delay is necessary in order to review discovery and effectively prepare. Defendants also represent that failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. The parties agree that the continuance from June 6, 2006 through June 20, 2006 is also necessary given the need for defense counsel to spend time preparing the instant case and other cases during this time period. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public

and the defendants in a speedy trial.

DATED: 6/20/06         /s/ Cynthia Stier
                       CYNTHIA STIER
                       Assistant United States Attorney

DATED: 6/20/06         /s/ Lawrence Ward
                       LAWRENCE WARD
                       Counsel for Kenneth Grimes

DATED: 6/20/06         /s/ Patricia Poole-Khatib
                       PATRICIA POOLE-KHATIB
                       Counsel for Brenda Allen

## ORDER

For the foregoing reasons, and as stated on the record at the June 6, 2006 hearing in this matter, the Court HEREBY ORDERS the period between June 6, 2006 and June 20, 2006 is excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: June 22, 2006

VAUGHN R. WALKER
United States District Chief Judge