KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7534
   FAX: (415) 436-7234
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> KENNETH GRIMES, BRENDA ALLEN, ) <br> ) <br>    Defendants. ) <br> _____ ) | No. CR-06-00269-VRW-ALL <br><br> STIPULATION AND <br> [PROPOSED] ORDER REGARDING <br> EXCLUSION OF TIME |

     The defendants came before the Court for a status appearance on June 20, 2006. The matter was set over until July 25, 2006 at 10:30 a.m. before the Court for a status hearing. The parties agreed, and the Court found, that the time between June 20, 2006 through July 25, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The defendants represented defendant, Brenda Allen, recently hired new counsel and that this delay is necessary in order to allow her new counsel to review discovery and effectively prepare. Defendants also represent that failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. The parties agree that the continuance from June 20, 2006 through July 25, 2006 is also necessary given the need for defense counsel to spend time preparing the instant case and other cases during this time period. The parties agree that the ends of justice served by granting

1  the requested continuance outweigh the best interest of the public and the defendants in a speedy
2  trial.

4  DATED: 6/20/06                    /s/ Cynthia Stier
                                     CYNTHIA STIER
5                                    Assistant United States Attorney

7  DATED: 6/20/06                    /s/ Lawrence Ward
                                     LAWRENCE WARD
                                     Counsel for Kenneth Grimes

9  DATED: 6/20/06                    /s/ Patricia Poole-Khatib
                                     PATRICIA POOLE-KHATIB
10                                   Counsel for Brenda Allen

                                    ORDER

For the foregoing reasons, and as stated on the record at the June 20, 2006 hearing in this matter, the Court HEREBY ORDERS the period between June 20, 2006 and July 25, 2006 is excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation.  The Court also finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary to review discovery and for effective preparation given that Defendant Brenda Allen has recently hired new counsel.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:   June 22, 2006

                                    _____
                                    VAUGHN R. WALKER
                                    United States District Chief Judge