1  LAWRENCE S. WARD (CSB#: 52878)
   Attorney At Law
2  490 7th Street
   Oakland, CA 94607
3  Tel#(510) 835-3601
   Fax#(510) 835-4075
4  Attorney for Defendant, KENNETH GRIMES



UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 06-0269VRW |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME |
| KENNETH GRIMES, BRENDA ALLEN, | |
| Defendants. | |

The defendant came before this Court for a status appearance on June 20, 2006. The matter was set over until July 25, 2006, at 10:30 A.M. before this Court for a status appearance. The parties agreed, and the Court found that the time between June 20, 2006, through July 25, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(IV). The parties have reached a tentative disposition of the case and need a reasonable continuance to August 8, 2006, at 10:30 A.M. to finalize the proposed disposition. The parties agree that the ends of justice would be served by granting the requested continuance. The parties agree and ask the Court to find that the time between June 20, 2006 and August 8, 2006 should be excluded under the Speedy Trial Act as cited above.

Dated: 7-18-06

_____
CYNTHIA STIER
Assistant United States Attorney
(Oral/Telephonic approval given for
Attorney LAWRENCE S. WARD to sign
stipulation. Counsel will be on vacation.)

Dated: 7-18-06

_____
PATRICIA POOLE-KHATIB
Attorney for BRENDA ALLEN

Dated: 7-18-06

_____
LAWRENCE S. WARD
Attorney for KENNETH GRIMES

## ORDER

For the foregoing reasons, and as stated in the proposed disposition, the Court HEREBY ORDERS the status appearance of July 25, 2006 is vacated and a new and different status appearance of August 8, 2006, at 10:30 A.M. be granted. The Court further orders that the period between June 20, 2006 and August 8, 2006 is excluded from the Speedy Trial Calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(IV). The parties have reached a tentative disposition and to allow all counsel to review the discovery; to review the proposed disposition; and to meet with their respective clients, the Court finds that time is properly excluded. The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge