1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorneys
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7534
       FAX: (415) 436-7234
7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-06-00269-VRW-ALL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND** |
| KENNETH GRIMES, BRENDA ALLEN, | ) | **[PROPOSED] ORDER REGARDING** |
| Defendants. | ) | **EXCLUSION OF TIME** |

The defendants came before the Court for a status appearance on September 19, 2006. The matter was set over until October 3, 2006 at 10:30 a.m. before the Court for a status hearing. The parties agreed, and the Court found, that the time between September 19, 2006 through October 3, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The parties represent that this delay is necessary to allow the parties to effectively prepare and for further negotiations toward a resolution of this case. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: 9/20/06         /s/ Cynthia Stier
                       CYNTHIA STIER
                       Assistant United States Attorney

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 9/20/06 | /s/ *Lawrence Ward*<br>LAWRENCE WARD<br>Counsel for Kenneth Grimes |
| 3 | | |
| 4 | DATED: 9/20/06 | /s/ *Patricia Poole-Khatib*<br>PATRICIA POOLE-KHATIB<br>Counsel for Brenda Allen |
| 5 | | |

### ORDER

For the foregoing reasons, and as stated on the record at the September 19, 2006 hearing in this matter, the Court HEREBY ORDERS the period between September 19, 2006 and October 3, 2006 is excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would deny the parties the to effectively prepare and engage in further negotiations toward a resolution of this case.   The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED

DATED: 10/5/2006

_____
VAUGHN R. WALKER
United States District Chief Judge