1  LAWRENCE S. WARD (CSB#: 52878)
   Attorney At Law
2  490 7th Street
   Oakland, CA 94607
3  Tel#(510) 835-3601
   Fax#(510) 835-4075
4  E-mail: ward4law@sbcglobal.net

RECEIVED
07 MAY 21 PM 1:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 06-0269VRW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR FURTHER STAY OF EXECUTION OF SENTENCE** |
| KENNETH GRIMES, | |
| Defendant. | |

Good cause appearing, it is hereby ordered that the order for defendant Kenneth Grimes to surrender to serve the previously imposed six month sentence of imprisonment on June 1, 2007, is vacated and Mr. Grimes is ordered to surrender to the designated Bureau of Prisons facility on August 6, 2007, by 2:00 p.m.

It is so ordered,

_____
VAUGHN R. WALKER
United States District Judge

ORDER FOR FURTHER STAY OF EXECUTION OF SENTENCE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

KENNETH GRIMES et al,

        Defendant.
_____/

Case Number: CR06-00269 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Lewis Stier
United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Lawrence Stewart Ward
490 7th Street
Oakland, CA 94607

United States Marshal
San Francisco, CA 94102

Dated: May 22, 2007

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk